IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DARRELL AIKENS** | : | |
| Plaintiff | : | No. 1:24-cv-01986 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| **HARRISBURG POLICE, et al.,** | : | (Chief Magistrate Judge Bloom) |
| Defendants | : | |

## ORDER

Before the Court in the above-captioned action is the February 12, 2025 Report and Recommendation of Chief Magistrate Judge Bloom (Doc. No. 6), recommending that the Court dismiss pro se Plaintiff Darrell Aikens ("Plaintiff")'s complaint for failure to file an amended application for leave to proceed in forma pauperis, tender payment in the amount of $405.00 to the Clerk of Court, or seek an extension of time in which to do so, as directed by Chief Magistrate Judge Bloom's January 2, 2025 Order (Doc. No. 5). No objections to the Report and Recommendation have been filed.

**AND SO**, on this 21st day of March 2025, upon independent review of the record and the applicable law, **IT IS ORDERED THAT:**

1. The Court **ADOPTS** the Report and Recommendation (Doc. No. 6) of Chief Magistrate Judge Bloom;

2. Plaintiff's complaint (Doc. No. 1) is **DISMISSED WITHOUT PREJUDICE**; and

3. The Clerk of Court is directed to **CLOSE** this case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania